IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00547-WYD-KLM

ENVYSION, INC.,

      Plaintiff,

v.

BIG LOTS STORES, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#20][1] (the "Motion"). In the Motion, the parties request extension of Scheduling Order deadlines in order to allow them to conserve resources while they engage in mediation. *Motion* [#20] at 2-3. The parties do not request extension of the June 20, 2016 Final Pretrial Conference. However, based on the requested extensions, the Final Pretrial Conference must also be reset to a later date. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The Scheduling Order [#17] is amended to extend the following deadlines:

| | |
|---|---|
| • Deadline for Joinder of Parties and Amendment of Pleadings | **December 30, 2015** |
| • Affirmative Expert Disclosure Deadline | **April 21, 2016** |
| • Rebuttal Expert Disclosure Deadline | **May 19, 2016** |
| • Discovery Deadline | **June 9, 2016** |
| • Dispositive Motions Deadline | **July 7, 2016** |

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 20, 2016 at 10:00 a.m. is **VACATED** and **RESET** to **September 15, 2016** at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

_____

    [1] "[#20]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 8, 2016**.   The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers @cod.uscourts.gov.*

Dated:  September 23, 2015