IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00547-WYD-KLM

ENVYSION, INC.,

    Plaintiff/Counterclaim Defendant,

v.

BIG LOTS STORES, INC.,

    Defendant/Counterclaim Plaintiff.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for Leave to Amend Its Affirmative Defenses and Counterclaim** [#23][1] (the "Motion") and the **Notice Regarding Defendant's Motion for Leave to Amend Its Affirmative Defenses and Counterclaim** [#25] (the "Notice"). In the Notice, the parties inform the Court that the Motion is unopposed. *Notice* [#25] at 1. Accordingly, pursuant to Fed. R. Civ. P. 15(a)(2),

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept for filing Defendant's Amended Affirmative Defenses and Counterclaim [#23-2], along with the attached exhibits [##23-3, 23-4, 23-5, 23-6], as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendant's Amended Affirmative Defenses and Counterclaim in accordance with Fed. R. Civ. P. 15(a)(3).

    Dated: January 7, 2016

---

[1] "[#23]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.