IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00547-WYD-KLM

ENVYSION, INC.,

    Plaintiff,

v.

BIG LOTS STORES, INC.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#30] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#30-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order. **The parties are directed to take note of the following interlineations: ¶¶ 6.3, 7.4(c), 9(c).**

Dated: March 22, 2016