IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00547-WYD-KLM

ENVYSION, INC.,

    Plaintiff,

v.

BIG LOTS STORES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order to Extend Remaining Pretrial Deadlines** [#34] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. The Scheduling Order [#34] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **August 19, 2016**
- Rebuttal Expert Disclosure Deadline    **September 16, 2016**
- Discovery Deadline    **October 7, 2016**
- Dispositive Motions Deadline    **November 4, 2016**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for September 15, 2016 at 10:00 a.m. is **VACATED** and **RESET** to **January 12, 2017 at 10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **January 5, 2017**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov.*

IT IS FURTHER **ORDERED** that the parties shall submit a Joint Status Report on or before **July 29, 2016** explaining in detail their efforts to settle the case.

Dated: April 27, 2016